IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DEBORAH LAUFER, Individually, <br><br> Plaintiff, <br><br> v. <br><br> OHM SHIV GANESH, INC., A Georgia, Corporation, <br><br> Defendant | Case No. 5:20-CV-102 |

**Joint Notice of Settlement and Request for Stay of All Deadlines**

Come now both parties and hereby notify the Court that they have entered into a settlement agreement to resolve all claims. The parties are in the process of completing the settlement and intend to file a stipulation of dismissal once the settlement is complete. Therefore, the parties jointly request that all deadlines be stayed for 14 days in order to allow the parties to complete the settlement.

[*signatures on following page*]

This the 5th day of October, 2020.

Attorney for Plaintiff:

/s/ Tristan W. Gillespie
Tristan W. Gillespie
Georgia Bar Number 268064
5150 Cottage Farm Road
Johns Creek, GA 30022
(404) 276-7277

Attorney for Defendant:

/s/ Steven G. Blackerby
Steven G. Blackerby
Georgia Bar Number 141250
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
P. O. Box 220
Brunswick, GA 31521-0220
(912)264-8544