FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:40 am, Oct 08, 2020

# United States District Court
## for the Southern District of Georgia
### Waycross Division

| | |
|---|---|
| DEBORAH LAUFER,<br><br>    Plaintiff,<br><br>v.<br><br>OHM SHIV GANESH, INC., a Georgia Corporation,<br><br>    Defendant. | CV 520-102 |

### ORDER

Before the Court is the parties' Joint Notice of Settlement, dkt. no. 8, wherein they notify the Court that the parties have reached a settlement and intend to file a dismissal upon consummation of the settlement terms. In light thereof, the parties request a stay of all deadlines and proceedings in this matter. The motion is **GRANTED**. This case shall be **STAYED** through November 6, 2020. The parties are **ORDERED** to file a status report or dismissal on or before that date.

**SO ORDERED**, this 7 day of October, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA