# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DEBORAH LAUFER, Individually, <br><br> Plaintiff, <br><br> v. <br><br> OHM SHIV GANESH INC, <br><br> Defendant. | Case No. 5:20-cv-00102-LGW-BWC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Deborah Laufer and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on October 14, 2020.

| | |
|---|---|
| */s/ Tristan W. Gillespie* <br> Tristan W. Gillespie | */s/ Steven G. Blackerby* <br> Steven G. Blackerby |
| THOMAS B. BACON, P.A. <br> 5150 Cottage Farm Rd. <br> Johns Creek, GA 30022 | BRBCS&W, LLP <br> 5 Glynn Avenue <br> Brunswick, GA 31521-0220 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |